THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY BLANE THOMPSON,<br>Petitioner,<br>v.<br>JEFF PERKINS,<br>Respondent. | CASE NO. C26-2871-JCC<br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Hon. Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 8). The R&R recommends the Court dismiss the 28 U.S.C. § 2254 petition for lack of subject matter jurisdiction as successive and lacking in the authorization required by 28 U.S.C. § 2244(b)(3)(A). (*See generally id.*). Petitioner's subsequent filing (Dkt. No. 9), which he described as an "objection" to the R&R, is not responsive to the analysis or conclusions contained within the R&R and, therefore, does not trigger this Court's *de novo* review.[1]

[1] A district court only reviews those portions of an R&R to which a party properly objects. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Objections are required to enable the court to "focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). The court is not required to review "any issue that is not the subject of an objection." *Id.* at 149. Said another way, for an objection to be proper, it must point to specific error contained within the R&R. *See, e.g.*, *United States v. Diaz-Lemus*,

Accordingly, the Court hereby ORDERS as follows:

1. The Court ADOPTS the R&R (Dkt. No. 8), DENIES the objections (Dkt. No. 9) as unresponsive, DISMISSES the petition (Dkt. No. 5) for lack of subject matter jurisdiction, and DENIES a certificate of appealability.
2. The Clerk is DIRECTED to send copies of this Order to Petitioner and Judge Peterson.

DATED this 2nd day of November 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

2010 WL 2573748, slip op. at 1 (D. Ariz. 2010); *Djelassi v. ICE Field Office Director*, 434 F. Supp. 3d 917, 919 (W.D. Wash. 2020).